FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 18  P 12: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE INGRAM #203902      CIVIL ACTION

versus      NO. 07-1064

WARDEN      SECTION: "N" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on May 31, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Tyrone Ingram** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of June, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____